## 57365. LITTLEJOHN v. J. A. CAVANESS STEEL ERECTORS, INC.

BANKE, Presiding Judge.

The plaintiff below appeals a judgment rendered against him in a suit to recover fees allegedly owed to him for services performed in negotiating a subcontract for construction work. Appellant is represented pro se on appeal, as he was below, and chose not to include a transcript of the trial.

The enumerations of error all complain of the trial court's resolution of factual matters. *Held:*

It is well settled that, absent a transcript, we are

bound to assume that the trial judge's findings are supported by competent evidence. *Foster v. Housing Authority,* 146 Ga. App. 12 (245 SE2d 349) (1978). *Simmons v. Chambliss,* 128 Ga. App. 218 (196 SE2d 183) (1973).

*Judgment affirmed. Underwood and Carley, JJ., concur.*

ARGUED MARCH 5, 1979 — DECIDED APRIL 19, 1979.

Charles E. Littlejohn, *pro se.*
*Glaze, McNally & Glaze, William R. McNally, Patrick J. Fox,* for appellee.